HARRY BLACK, Respondent, *v.* ISIDORE GOLDSTEIN, Appellant.

(Argued October 15, 1928; decided November 20, 1928.)

*Gordon S. P. Kleeberg, Jacob Greenwald* and *William R. Allman* for appellant.

*Clarence W. Roberts* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.